UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
RIGOBERTO ALVAREZ, JOSE
MAURICIO CERNA, and JOSE URRUTIA,
Individually and on Behalf of All Others Similarly Situated,

                         PLAINTIFFS,              **Docket No.: 20-cv-05605**
                                                                           **(WFK) (TAM)**

-against-

XST CORPORATION d/b/a NEW HYDE
PARK DINER and XENIS THOMA, Jointly and Severally,

                         DEFENDANTS,

-------------------------------------------------------------------X

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIUPLATED AND AGREED**, by and between counsel for the parties, that the above-captioned action and all causes of action that were or could have been asserted therein, are dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and without costs, disbursements, or attorneys' fees to any party. Defendants shall pay to Plaintiff the amount specified in the parties' Settlement Agreement. Plaintiff agrees to accept such payment in full satisfaction of any and all claims for attorneys' fees and costs in this case, through and including the date of this stipulation.

Based on the foregoing, the parties request that the Court direct the Clerk of the Court to close this case with prejudice.

Respectfully submitted on this 30th day of September, 2021.

BY: *Aneeba Rehman*  
Aneeba Rehman, Esq.  
**Pervez & Rehman, P.C.**  
68 S Service Rd., Ste 100  
Melville, NY 11747

BY: *[signature]*  
Brent Pelton  
**Pelton Graham LLC**  
111 Broadway, Suite 1503  
New York, NY 10006

**SO ORDERED:**

*Taryn A. Merkl*  
Hon. Taryn A. Merkl